In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00279-CR
_____

**CRAIG STEPHEN HOARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-02-01753 CR**

### ORDER

The appellant filed a motion to abate the appeal and to remand the case to the trial court for preparation of written findings of fact and conclusions of law. The appellee did not file a response.

It is, therefore, ORDERED that the appeal is ABATED and the case is REMANDED to the trial court for entry of findings of fact and conclusions of law. The trial court's findings of fact and conclusions of law shall be included in supplemental clerk's records and filed with the Court of Appeals by February 25, 2013. The appeal

1

will be reinstated without further order of the Court when the supplemental clerk's record is filed.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.